SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CRAIG JACKSON,

                Plaintiff,

-against-                                 16 **CIVIL** 7561 (CS)

## JUDGMENT

ALBERT PRACK, H.O. HENRY MOORE, H.O.
DOUGLAS WILBURN, SGT. JOHN FRUNZI,
C.O. BRUCE TUCKER, C.O. ABIZ CELAJ,
and C.O. ROBERT LYONS,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 18, 2019, Defendants' motion to dismiss is granted; judgment is entered for Defendants, and the case is closed.

**Dated:** New York, New York
            November 21, 2019

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

                                 BY:

                                                     Deputy Clerk

                                                   THIS DOCUMENT WAS ENTERED
                                                   ON THE DOCKET ON 11/21/2019